DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LEE ALLEN NELSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1347
_____

September 27, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Dana Moss, Judge.

Lee Allen Nelson, pro se.

PER CURIAM.

Affirmed.

CASANUEVA, SILBERMAN, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.